**Memorandum Opinion filed October 16, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00445-CV

**KERRY CARTER AND LETONIA JACKSON-CARTER, Appellants**

**V.**

**S.S. PROPERTIES LLP, SCOTT PIERCE AND SHIOW-MINN PIERCE, Appellees**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-24598**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed April 5, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On September 14, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellants have not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

Appellees' pending motion to dismiss the appeal for failure to pay the filing fee is denied as moot.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.